UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KATHLEEN ASHFORD, | Case No. C11-1590-TSZ-JPD |
|---|---|
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision. On remand, the Administrative Law Judge ("ALJ") shall: (1) obtain supplemental vocational expert testimony to determine whether Plaintiff can perform other work at step 5 of the sequential evaluation process, and (2) allow Plaintiff to testify and provide additional information at the new hearing.

REPORT AND RECOMMENDATION
PAGE - 1

1     Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

    A proposed order accompanies this Report and Recommendation.

    DATED this 9th day of March, 2012.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge