UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN ASHFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C11-1590-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, docket no. 17, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

//

//

//

ORDER
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of March, 2012.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge